DANIEL J. BRODERICK, Bar #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BLADIMIRO SANCHEZ-PEREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:10-CR-0160 EJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND ORDER** |
| v. | ) | **CONTINUING STATUS CONFERENCE** |
| | ) | **AND EXCLUDING TIME** |
| BLADIMIRO SANCHEZ-PEREZ, | ) | |
| | ) | |
| Defendant. | ) | Date: May 21, 2010 |
| | ) | Time: 10:00 a.m. |
| _____ | ) | Judge: Hon. Edward J. Garcia |

   It is hereby stipulated and agreed between defendant, Bladimiro Sanchez-Perez, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for May 21, 2010, may be continued to June 18, 2010, at 10:00 a.m.

   Defense counsel has ordered copies of court records concerning Mr. Sanchez-Perez. Those records must be reviewed before counsel can determine whether the pre-plea report received this week is accurate. Because counsel's review may affect resolution of the case, the parties agree that the interests of justice warrant excluding time under the

1 Speedy Trial Act from the date of this order through June 18, 2010,
2 pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
3 (B)(iv).

```
                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender


Dated:  May 21, 2010                /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for BLADIMIRO SANCHEZ-PEREZ


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:  May 21, 2010                /s/  T. Zindel for M. Anderson
                                    MICHAEL ANDERSON
                                    Assistant U.S. Attorney
```

### O R D E R

The status conference is continued to June 18, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  Time is therefore excluded from the date of this order through June 18, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

```
Dated:  May 20, 2010                /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    United States District Judge
```