```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   BLADIMIRO SANCHEZ-PEREZ
7
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:10-CR-0160 EJG |
|---|---|
| Plaintiff, | ) |
| v. | ) **STIPULATION AND ORDER** |
|  | ) **CONTINUING STATUS CONFERENCE** |
|  | ) **AND EXCLUDING TIME** |
| BLADIMIRO SANCHEZ-PEREZ, | ) |
| Defendant. | ) Date: June 18, 2010 |
|  | ) Time: 10:00 a.m. |
| _____ | ) Judge: Hon. Edward J. Garcia |

It is hereby stipulated and agreed between defendant, Bladimiro Sanchez-Perez, and plaintiff, United States of America, by and through their attorneys, that the status conference presently scheduled for June 18, 2010, may be continued to July 9, 2010, at 10:00 a.m.

Defense counsel has ordered copies of court records concerning Mr. Sanchez-Perez. After consulting with Mr. Sanchez-Perez, he is requesting a second opinion regarding the legal issues in his case. An attorney from this office will be available to consult with Mr. Sanchez-Perez. The parties agree that the interests of justice warrant excluding time

under the Speedy Trial Act from the date of this order through July 9, 2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and (B)(iv).

```
                                    Respectfully Submitted,

                                    DANIEL J. BRODERICK
                                    Federal Defender

Dated:   June 16, 2010              /s/ T. Zindel
                                    TIMOTHY ZINDEL
                                    Assistant Federal Defender
                                    Attorney for BLADIMIRO SANCHEZ-PEREZ


                                    BENJAMIN B. WAGNER
                                    United States Attorney


Dated:   June 16, 2010              /s/  T. Zindel for M. Anderson
                                    MICHAEL ANDERSON
                                    Assistant U.S. Attorney
```

## O R D E R

The status conference is continued to July 9, 2010, at 10:00 a.m. The court finds that a continuance is necessary for the reasons stated above and further finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Time is therefore excluded from the date of this order through July 9, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

IT IS SO ORDERED.

```
Dated:   June 16, 2010              /s/ Edward J. Garcia
                                    HON. EDWARD J. GARCIA
                                    United States District Judge
```