1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  TIMOTHY ZINDEL, Bar #158377
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5

6  Attorney for Defendant
   BLADIMIRO SANCHEZ-PEREZ
7

8

9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13 UNITED STATES OF AMERICA,    )   No. 2:10-CR-0160 EJG
                                )
14             Plaintiff,       )
                                )   **STIPULATION AND ORDER**
15      v.                      )   **CONTINUING STATUS CONFERENCE**
                                )   **AND EXCLUDING TIME**
16 BLADIMIRO SANCHEZ-PEREZ,     )
                                )
17             Defendant.       )   Date:  July 9, 2010
                                )   Time:  10:00 a.m.
18 _____)   Judge: Hon. Edward J. Garcia

19

20      It is hereby stipulated and agreed between defendant, Bladimiro
21 Sanchez-Perez, and plaintiff, United States of America, by and through
22 their attorneys, that the status conference presently scheduled for July
23 9, 2010, may be continued to July 23, 2010, at 10:00 a.m.
24      Defense counsel has ordered copies of court records concerning Mr.
25 Sanchez-Perez. After consulting with Mr. Sanchez-Perez, he is requesting
26 a second opinion regarding the legal issues in his case. An attorney
27 from this office will be available to consult with Mr. Sanchez-Perez.
28 The parties agree that the interests of justice warrant excluding time

1  under the Speedy Trial Act from the date of this order through July 23,
2  2010, pursuant to Title 18, United States Code, Section 3161(h)(7)(A) and
3  (B)(iv).

4                                    Respectfully Submitted,

5                                    DANIEL J. BRODERICK
                                     Federal Defender
6

7  Dated:  July 7, 2010              /s/ T. Zindel
                                     TIMOTHY ZINDEL
8                                    Assistant Federal Defender
                                     Attorney for BLADIMIRO SANCHEZ-PEREZ
9

10                                   BENJAMIN B. WAGNER
                                     United States Attorney
11

12 Dated:  July 7, 2010              /s/ T. Zindel for M. Anderson
                                     MICHAEL ANDERSON
13                                   Assistant U.S. Attorney

14

15                                 **O R D E R**

16     The status conference is continued to July 23, 2010, at 10:00 a.m.
17 The court finds that a continuance is necessary for the reasons stated
18 above and further finds that the ends of justice served by granting a
19 continuance outweigh the best interests of the public and the defendant
20 in a speedy trial.  Time is therefore excluded from the date of this
21 order through July 23, 2010, pursuant to 18 U.S.C. § 3161(h)(7)(A) and
22 (B)(iv).

23     IT IS SO ORDERED.

24

25 Dated:  July 7, 2010              _____
                                     HON. EDWARD J. GARCIA
26                                   United States District Judge

27

28

Stip & Order                         -2-